RICHARD A. VAZQUEZ (9128)
SPENCER FANE LLP
10 Exchange Place, Ste. 1100
Salt Lake City, Utah 84111-2824
Telephone: (801) 322-9216
rvazquez@spencerfane.com

*Attorneys for Defendant Canal Insurance Company*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| RUSSELL BARNES,<br><br>Plaintiff,<br><br>vs.<br><br>CANAL INSURANCE COMPANY,<br><br>Defendant. | **NOTICE OF REMOVAL**<br><br>Civil No.:  1:25 cv 68<br><br>Judge: |

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(b)(1), Defendant Canal Insurance Company, by and through its counsel, SPENCER FANE LLP, hereby gives notice of removal of the civil action pending in the First Judicial District for Cache County, State of Utah, *Barnes v. Canal Ins. Co.*, Case No. 250100131 to this Court.  The grounds for removal are as follows:

1.      Plaintiff Russell Barnes is, upon information and belief, an individual who is a citizen of Nebraska.  Complaint ¶ 1.

2.      Canal Insurance Company is a South Carolina corporation with its principal place of business in South Carolina. Complaint ¶ 2.

3.      The amount in controversy, exclusive of interest and costs, exceeds $75,000. *See*

Complaint at 15-16.

4.    A defendant may remove a civil action brought in state court to federal court if the district courts of the United States have original jurisdiction over the action. 28 U.S.C. § 1441(a).

5.    Diversity jurisdiction, the basis for removal here, exists when the amount-in-controversy requirement is met and the parties are completely diverse. *See* 28 U.S.C. § 1332(a).

6.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that this is a civil action between a citizen of Nebraska and a citizen of South Carolina, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

7.    As such, removal is proper under 28 U.S.C. § 1441(b).

8.    Removal of this action is timely under 28 U.S.C. § 1446(b)(1), as it is filed within thirty days from when Canal Insurance Company was personally served with a summons and copy of the Complaint on April 28, 2025.

9.    Notice of this removal is being served this date on counsel for Plaintiff.

10.    A true and correct copy of this notice is being filed this date with the Clerk of the First Judicial District Court, in and for Cache County, State of Utah.

11.    A copy of the original Complaint along with proof of service are attached and included in Exhibit A, attached hereto.  This constitutes all process, pleadings, and orders served upon Canal Insurance Company in this matter.

12.    Based on the foregoing, Canal Insurance Company hereby removes the action against it from the First Judicial District Court in and for Cache County, State of Utah, to the United States District Court for the District of Utah.

DATED this 27th day of May, 2025.

SPENCER FANE LLP

 /s/Richard A. Vazquez
Richard A. Vazquez
*Attorneys for Defendant Canal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Kathleen McConkie
Michelle R. O'Neil
**THE LAW FIRM OF MCCONKIE**
**COLLINWOOD I ADAMS**
505 South Main Street
Bountiful, Utah 84010
kathleen@kmclaw.net
michelle@akmclaw.net

*Attorney for Plaintiff*

/s/   *Penny Brown*

3